# United States District Court
## WESTERN DISTRICT OF TENNESSEE
### Eastern Division

MAGGIE D. GAMBRELL

**JUDGMENT IN A CIVIL CASE**

v.

HOLIDAY INN EXPRESS OF
JACKSON, TENNESSEE

CASE NUMBER:     04-1055-T/An

**Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

　　IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 09/26/05, Defendant's third motion for sanctions is GRANTED and Defendant is awarded $596.25 in attorney fees and costs.  Defendant's motion for a continuance of the trial date is DENIED as moot.  This case is hereby DISMISSED.

APPROVED:

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

FILED
SEP 30 2005
CLERK, U.S. DIST. COURT
WESTERN DIST. OF TENN.

THOMAS M. GOULD
CLERK

_9/30/05_____
DATE

BY: _____
DEPUTY CLERK

This document entered on the docket sheet in compliance

with Rule 58 and/or 79(a) FRCP on  _10-03-05_ .

23

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 1:04-CV-01055 was distributed by fax, mail, or direct printing on October 3, 2005 to the parties listed.

---

Herbert E. Gerson
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Maggie D. Gambrell
P.O. Box 361
Jackson, TN 38302

David A. Prather
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Honorable James Todd
US DISTRICT COURT